IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 24 2014

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER W. MERTZ,<br><br>    Defendant. | Case Number: 8:13CB12-TDT<br>Violation Numbers: 2304774-NE14<br>                          2304775-NE14<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 24th day of June, 2014.

BY THE COURT:

/s/ Thomas D. Thalken

**THOMAS D. THALKEN**
**UNITED STATES MAGISTRATE JUDGE**